UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>TIMOTHY J WOOD<br><br>    Debtor(s) | Chapter 13<br>Case NO. 22-10285-TJC |
| ALLY BANK<br>425 Philips Blvd.<br>Ewing, NJ 08610<br><br>    Movant<br>v.<br><br>Timothy J Wood<br>15630 Blackberry Drive<br>Gaithersburg, MD 20878-0000<br><br>and<br><br>Sally Giovanna Dianderas Wood<br>15630 Blackberry Drive<br>Gaithersburg, MD 20878-0000<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-000265-MD-B-4

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

    COMES NOW, Ally Bank, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

    1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f) and 1301.

    2. On or about January 21, 2022, Timothy J Wood ("Debtors") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

    3. Rebecca A. Herr is the Chapter 13 trustee of the Debtor's estate.

    4. Sally Giovanna Dianderas Wood ("Co-Debtor") is a co-debtor on this Note.

    5. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee

simple real estate improved by a residence with a legal description of "Lot Numbered One (1) in Block Lettered "R", in the Subdivision known as "Plat 11, Parcel K, Quince Orchard Knolls", as per plat thereof duly recorded among the Land Records of Montgomery County, Maryland in Plat Book 152 at Plat No. 17279.

***Legal Description being edited to include Parcel K previously omitted from original recording***", also known as 15630 Blackberry Dr, N Potomac, MD 20878 (hereinafter "the subject property").

6. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase, order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. Ally Bank directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly endorsed.

8. The total amount due under the Deed of Trust securing the Movant as of August 11, 2022, not including attorney's fees and court costs, is approximately $728,010.03.

9. The Debtors are in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

10. The Debtors have not made post-petition payments for the months of May 1, 2022 - August 1, 2022, and equity in the Debtor's residence is dissipating. While there is equity in the property, the Debtor is not complying with the confirmed plan by making post petition payment and relief should be granted for cause.

11. The Movant lacks adequate protection of its interest in the subject property.

12. The Movant has been and continues to be irreparably injured by the stay of

Sections 362 and 1301 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

13. Cause exists for lifting the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

14. The subject property is not necessary for an effective reorganization.

WHEREFORE, the Movant, Ally Bank its successors and/or assigns, respectfully requests that this Honorable Court.

1. Enter an order terminating the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 15630 Blackberry

Dr, N Potomac, MD 20878; and

    2. Grant such other and further relief as may be just and necessary.

                                      /s/ Mark D. Meyer
                                      Mark D. Meyer, Esq. # 15070
                                      Rosenberg & Associates, LLC
                                      4340 East West Highway, Suite 600
                                      Bethesda, MD 20814
                                      301-907-8000

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of August, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Robert Wilbert, Esquire

    I hereby further certify that on the 19th day of August, 2022, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:


Timothy J Wood
15630 Blackberry Drive
Gaithersburg, MD 20878-0000

Sally Giovanna Dianderas Wood
15630 Blackberry Drive
Gaithersburg, MD 20878-0000

                                        /s/ Mark D. Meyer
                                        Mark D. Meyer, Esq.