UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>TIMOTHY J WOOD<br><br>    Debtor(s) | Chapter 13<br>Case NO. 22-10285-TJC |
| ALLY BANK<br>425 Philips Blvd.<br>Ewing, NJ 08610<br><br>    Movant<br>v.<br><br>Timothy J Wood<br>15630 Blackberry Drive<br>Gaithersburg, MD 20878-0000<br><br>and<br><br>Sally Giovanna Dianderas Wood<br>15630 Blackberry Drive<br>Gaithersburg, MD 20878-0000<br><br>    Respondent(s) | Motion No. |

## EXHIBIT A - DEBT

**Pre Petition Arrears**

| | |
|---|---:|
| POC Arrears | $108,008.02 |
| Total: | $108,008.02 |

**Post Petition Arrears**

| | |
|---|---:|
| 4 payments of $3,714.50 for 05/01/2022 - 08/01/2022 | $14,858.00 |
| Attorney`s Fees | $1,238.00 |
| Suspense Balance | $-3,707.96 |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-000265-MD-B-4

|  |  |
|---:|---:|
| Total: | $12,388.04 |
| **Total Pre and Post Petition Arrears:** | **$120,396.06** |