Entered: October 31st, 2022
Signed: October 31st, 2022

**SO ORDERED**



_Maria Ellena Chavez-Ruark_
_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>TIMOTHY J WOOD<br><br>   Debtor(s) | Chapter 13<br>Case NO. 22-10285 |
| ALLY BANK<br><br>   Movant<br>v.<br><br>Timothy J Wood<br>Sally Dianderas Wood<br><br>   Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-000265-MD-B-4

### **CONSENT ORDER OF MODIFYING AUTOMATIC STAY**

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland;

**ORDERED** that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d) and 1301, to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Lot Numbered One (1) in Block Lettered "R", in the Subdivision known as "Plat 11, Parcel K, Quince Orchard Knolls", as per

plat thereof duly recorded among the Land Records of Montgomery County, Maryland in Plat Book 152 at Plat No. 17279; also known as 15630 Blackberry Dr, N Potomac, MD 20878 and to allow the successful purchaser to obtain possession of same; and be it further

**ORDERED** that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $3,714.50 (said payment represents the regular mortgage payment) by October 1, 2022 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above reference property; and

2. Make a payment to the Movant of $1376.52 by October 15, 2022 (said payment represents 1/9 of the post-petition arrears of $12,388.04 which consists of 4 payments of $3714.50 for 6/1/22-9/1/22, attorney`s fees and costs of $1238.00, less suspense of $3707.96) and continue to make payments of $1376.44 by the 15th of each month through and including June 15, 2023; and

3. All payments to the Movant should be made to:

Cenlar F.S.B.
425 Philips Blvd.
Ewing, NJ 08610

To the extent the Debtor defaults in making the above specified cure or regular payments then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court. Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings. If after ten (10) days from the mailing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court.

Upon the filing of the third such affidavit the Automatic Stay shall immediately terminate; and be it further

**ORDERED** that the fourteen (14) day stay of Rule 4001 (a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

**ORDERED** that the Automatic Stay of 11 U.S.C Section 362 be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

/s/ Mark D. Meyer
Mark D. Meyer
Attorney for Movant

/s/ Robert Wilbert
Robert Wilbert
Attorney for Debtor

cc.
Mark D. Meyer, Esq.
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Robert Wilbert
6144 S. Gazebo Park Place, Suite 103
Jacksonville, FL 32257

Timothy J Wood
15630 Blackberry Drive
Gaithersburg, MD 20878

Sally Dianderas Wood
15630 Blackberry Drive
Gaithersburg, MD 20878

I HEREBY CERTIFY that the terms of the copy of the consent order submitted of the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

      /s/ Mark D. Meyer
      Mark D. Meyer

**END OF ORDER**