UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>TIMOTHY J WOOD<br><br>    Debtor(s) | Chapter 13<br>Case NO. 22-10285-MECR |
| ALLY BANK<br>425 Philips Blvd.<br>Ewing, NJ 08610<br><br>    Movant<br><br>v.<br><br>Timothy J Wood<br>15630 Blackberry Drive<br>Gaithersburg, MD 20878<br><br>and<br><br>Sally Dianderas Wood<br>15630 Blackberry Drive<br>Gaithersburg, MD 20878<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-000265-MD-B-10

## **AMENDED NOTICE OF DEFAULT**

Now comes Ally Bank, the movant, and state as follows:

The Movant is the holder of the Deed of Trust on the real property and improvements with a legal description of "Lot Numbered One (1) in Block Lettered "R", in the Subdivision known as "Plat 11, Parcel K, Quince Orchard Knolls", as per plat thereof duly recorded among the Land Records of Montgomery County, Maryland in Plat Book 152 at Plat No. 17279.

***Legal Description being edited to include Parcel K previously omitted from original recording***" also known as 15630 Blackberry Dr, N Potomac, MD 20878.

1. Pursuant to the terms of the Consent Order entered in the above reference matter, the Debtor was to make a payment of $4,156.13 (said payment represents the regular mortgage payment to the Movant on March 1, 2024 - July 1, 2024.

2. The Debtor did not make the above referenced payments and is in default under the terms of the Consent Order.

3. Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Ten (10) days from the mailing of this notice, in total by tendering the sum of $20,780.65 (includes 5 payments of $4,156.13 on 03/01/2024 - 07/01/2024, attorney`s fees of $100.00, minus suspense balance of $100.00 and costs) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

4. All payments to the Movant should be made to:

Cenlar F.S.B.
425 Philips Blvd.
Ewing, NJ 08610

Ally Bank

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Robert Wilbert, Esquire

I hereby further certify that on the 8th day of July, 2024, a copy of the foregoing Notice of Default was also mailed first class mail, postage prepaid to:

Timothy J Wood
15630 Blackberry Drive
Gaithersburg, MD 20878

Sally Dianderas Wood
15630 Blackberry Drive
Gaithersburg, MD 20878

 /s/ Mark D. Meyer
Mark D. Meyer, Esq.