UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>TIMOTHY J WOOD<br><br>    Debtor(s) | Chapter 13<br>Case NO. 22-10285-MECR |
| ALLY BANK<br>425 Philips Blvd.<br>Ewing, NJ 08610<br><br>    Movant<br><br>v.<br><br>Timothy J Wood<br>15630 Blackberry Drive<br>Gaithersburg, MD 20878-0000<br><br>and<br><br>Sally Dianderas Wood<br>15630 Blackberry Drive<br>N. Potomac, MD 20878<br><br>    Respondent(s) | Motion No. |

## **NOTICE OF NON-PAYMENT AND TERMINATION OF AUTOMATIC STAY**

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-000265-MD-B-10

    Ally Bank, by undersigned counsel hereby gives notice of the following:

    1.    That an Order Modifying Automatic Stay was entered by this Court on October 31, 2022.

    2.    That pursuant to the terms of the Consent Order an Affidavit of Default was served and filed on July 8, 2024.

    3.    Pursuant to the terms of the Consent Order October 31, 2022 because the Debtor failed to make the agreed payment, the automatic stay is terminated.

Respectfully submitted,

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of November, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Non Payment and Termination of Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Robert Wilbert, Esquire

I hereby further certify that on the 12th day of November, 2024, a copy of the Non Payment and Termination of Automatic Stay was also mailed first class mail, postage prepaid to:

Timothy J Wood
15630 Blackberry Drive
Gaithersburg, MD 20878-0000

Sally Dianderas Wood
15630 Blackberry Drive
N. Potomac, MD 20878

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000